COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-03-257-
CV

IN RE CYNTHIA L. OWINGS RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and the response from real party in interest, Jeffrey D. Owings, 
and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding
, for which let execution issue.
 

PER CURIAM

PANEL A
: CAYCE, C.J.; DAY, and GARDNER, JJ.

DELIVERED October 13, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.